BB
AO 91 (Rev. 11/11) Criminal Complaint

2026R00029

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj- 73  (DLM) |
| BRENNA MARIE DOYLE | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 16, 2026, in the State and District of Minnesota, defendant BRENNA MARIE DOYLE did knowingly threaten to murder Victim A, a Federal law enforcement officer, with the intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against said law enforcement officer on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

**Count 2**: On or about January 16, 2026, in the State and District of Minnesota, defendant BRENNA MARIE DOYLE did knowingly threaten to murder a member of the immediate family of Victim A, a Federal law enforcement officer, namely, Victim A's spouse and daughter, with the intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against said law enforcement officer on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(A) and (b)(4).

**Count 3**: On or about January 16, 2026, in the State and District of Minnesota, defendant BRENNA MARIE DOYLE did knowingly transmit, in interstate and foreign commerce, communications consisting of three voicemails containing threats to injure the person of another, namely Victim A, a Federal law enforcement officer, Victim A's spouse, and Victim A's daughter, with the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, and consciously disregarding a substantial and unjustifiable risk that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent with the FBI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

Christopher Potter, Special Agent, FBI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (FaceTime and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: 1/24/26

City and State: Saint Paul, MN

_____
*Judge's Signature*

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*