26cr37 JWB/DTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 18 U.S.C. § 115(a)(1)(A) |
| | ) 18 U.S.C. § 115(a)(1)(B) |
| v. | ) 18 U.S.C. § 115(b)(4) |
| | ) 18 U.S.C. § 875(c) |
| BRENNA MARIE DOYLE, | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Threatening to Murder a Federal Law Enforcement Officer)

On or about January 16, 2026, in the State and District of Minnesota, the defendant,

**BRENNA MARIE DOYLE**,

knowingly threatened to murder Victim A, a Federal law enforcement officer, with the intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against said law enforcement officer on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

SCANNED
FEB 12 2026
U.S. DISTRICT COURT MPLS

United States v. Brenna Marie Doyle

## COUNT 2
(Threatening to Murder a Federal Law Enforcement Officer's Immediate Family Members)

On or about January 16, 2026, in the State and District of Minnesota, the defendant,

**BRENNA MARIE DOYLE**,

knowingly threatened to murder the immediate family members of Victim A, a Federal law enforcement officer, namely, Victim A's spouse and daughter, with the intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against said law enforcement officer on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNT 3
(Interstate Transmission of a Threat to Injure the Person of Another)

On or about January 16, 2026, at the approximate times listed below, in the State and District of Minnesota, the defendant,

**BRENNA MARIE DOYLE**,

knowingly transmitted, in interstate and foreign commerce, communications consisting of voicemail messages, from a cellular telephone to the cellular telephone of Victim A, containing a threat to injure the person of another, namely, Victim A and Victim A's immediate family members, to wit:

United States v. Brenna Marie Doyle

| Time | Communication |
|---|---|
| 7:31 a.m. | You ruined my life, you piece of shit. You're going to fucking die. You and all of your fucking family. I don't fucking care. I am coming for you [Victim A's first name]. I am coming for you, you fucking piece of shit. You will fucking die. I don't give a fuck who cares, who knows, I don't give a flying fuck. You are dead. Dead, do you hear me? |
| 7:33 a.m. | You stupid bitch, you don't get to ruin my life and get away with it. You don't get to do that shit. Fucking stupid wife beater. You fucking masked idiot. Fuck you. I'm fucking coming for you, and you'll know. You're stupid. You're pathetic. You're fucking dumb. Get a real fucking job, you fucking idiot. I'm gonna kill you. |
| 7:36 a.m. | You rip my family apart, I'll rip your family apart, bitch. You, you fucking fat white-haired bitch. You, your wife, and your dead damn fucking daughter are dead. You're fucking dead. I will fucking kill you myself, I don't give a flying fuck. Fuck you. |

with the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, and consciously disregarding a substantial and unjustifiable risk that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                       FOREPERSON

3