RECEIVED

MAY 0 1 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-37 (JWB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **MISDEMEANOR INFORMATION** |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 111(a) |
| | ) 18 U.S.C. § 115(a)(1)(A) |
| v. | ) 18 U.S.C. § 115(b)(1)(B)(i) |
| | ) |
| BRENNA MARIE DOYLE, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Assaulting and Impeding a United States Officer)

On or about January 16, 2026, in the State and District of Minnesota, the defendant,

**BRENNA MARIE DOYLE,**

forcibly assaulted, impeded, intimidated, and interfered with a person designated in Section 1114 of Title 18, namely, an officer and employee of the United States, to wit, Federal Law Enforcement Officer A, while said Officer engaged in and on account of the performance of official duties, and such acts constituted simple assault, all in violation of 18 U.S.C. § 111(a)(1).

## COUNT 2
(Assaulting a Federal Law Enforcement Officer's Immediate Family Members)

On or about January 16, 2026, in the State and District of Minnesota, the defendant,

**BRENNA MARIE DOYLE,**

LT SCANNED
MAY -1 2026
U.S. DISTRICT COURT MPLS

<u>United States v. Brenna Marie Doyle</u>

knowingly assaulted the immediate family members of Victim A, a Federal Law Enforcement Officer, namely, Victim A's spouse and daughter, with the intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against said law enforcement officer on account of the performance of official duties, and such acts constituted simple assault, all in violation of Title 18, United States Code, Sections 115(a)(1)(A) and (b)(1)(B)(i).

Dated:  <u>May 1, 2026</u>

DANIEL N. ROSEN
United States Attorney

<u>/s/ Benjamin Bejar</u>

BY:    BENJAMIN BEJAR
Assistant United States Attorney
District of Minnesota
Attorney ID No. 351131