**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL MOTION HEARING**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Brenna Marie Doyle,

      Defendant.

**COURT MINUTES**
BEFORE:  DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-37 (JWB/DTS) |
| Date: | May 15, 2026 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time: | 1:02 PM / 1:36 PM |
| Time in Court: | 34 minutes |
| Hearing Type: | Change of Plea Hearing |

APPEARANCES:

For Plaintiff United States of America: Benjamin Bejar, Assistant U.S. Attorney
For Defendant Brenna Marie Doyle: Robert Richman, CJA Appointment

Plea: Guilty as to Counts 1 and 2 of the Misdemeanor Information

Notes:
Presenting Investigation and Report requested.
Sentencing hearing is to be scheduled at a later date before Magistrate Judge Schultz.
Defendant to remain released on pretrial supervision.
Petition for Action on Conditions of Pretrial Release (Dkt. No. 35) was granted from the bench.
Written order to follow.

s/ ALS
Law Clerk