PS 8

(Rev 5/10)

Filed by the
Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A.  vs. Brenna Marie Doyle                    Docket No. 0864 0:26CR00037-001(DTS)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Houa Vang, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Brenna Marie Doyle (Doyle herin),** who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 9th day of February, 2026, under the following special conditions:

- Pretrial Services Supervision
- Travel Restrictions
- No Contact with Victim/Witness
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Location Monitoring Program – Curfew with GPS
- Computer/Internet Restrictions
- Alcohol Abstinence
- Mental Health Evaluation/Treatment
- Alcohol Establishment Restriction Sale
- No use of illegal substances

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Given Doyle's compliance with conditions of pretrial supervision since her release in February 2026, it is recommended that the location monitoring requirements be vacated. The parties have been consulted, and no objections have been received.

PRAYING THAT THE COURT WILL ORDER:

That the following special conditions requiring Doyle to participate in a location monitoring program under GPS technology with a Curfew Schedule be vacated and removed:

- Participate in one of the following location restriction programs of a Curfew Schedule.
- Submit to the following location monitoring technology, as directed by the supervising officer; and comply with all program requirements and instructions provided: Global Positioning System (GPS).

All other conditions shall remain in effect as originally ordered.

Petition for Action on Conditions of Pretrial Release                    RE: Brenna Marie Doyle
Page 2

ORDER OF THE COURT

Considered and ordered this ____15th____ day of _____May_____, 2026, and ordered filed and made a part of the records in the above case.

*s/David T. Schultz*
David T. Schultz
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Houa Vang
Houa Vang
U.S. Probation Officer
612-508-8362

Executed on   May 13, 2026

Place         St. Paul

Approved:

s/*Eric R. Hermes*
Eric R. Hermes
Supervisory U.S. Probation Officer